Case 2:26-10719

# INDEX OF EXHIBITS

**Exhibit 1**   Copy of Plaintiff's Michigan ID

**Exhibit 2**   I-94

**Exhibit 3**   I-130 approval

**Exhibit 4**   NTA, EOIR dismissal

**Exhibit 5**   I-485 Receipt Notice

**Exhibit 6**   Updated I-485

**Exhibit 7**   USCIS processing times

**Exhibit 8**   DET USICS processing times

**Exhibit 9**   Correspondence

**Exhibit 10**   USCIS online case status