# Exhibit 2

 For: LOREDANA TERZIU


## U.S. Customs and Border Protection
### Securing America's Borders

## Most Recent I-94

Admission (I-94) Record Number : 15697900285

Most Recent Date of Entry: 2016 December 03

Class of Admission : B2

Admit Until Date : 06/02/2017

Details provided on the I-94 Information form:

| | |
|---|---|
| Last/Surname : | TERZIU |
| First (Given) Name : | LOREDANA |
| Birth Date : | 1990 October 05 |
| Passport Number : | BC5880998 |
| Country of Issuance : | Albania |

> Get Travel History

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 01/30/2017

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy