# Exhibit 4

U.S. Department of Homeland Security                                                                                                  Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act:**
Subject ID: 000000

DOB: October 5, 1990

File No: A216803550
Event No:

In the Matter of:

Respondent:                           LOREDANA TERZIU                                             currently residing at:

ANN ARBOR, MI 48103
(Number, street, city and ZIP code)                    (Area code and phone number)

[ ] 1. You are an arriving alien.
[ ] 2. You are an alien present in the United States who has not been admitted or paroled.
[x] 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that:

1. You are not a citizen or national of the United States;
2. You are a native of Albania and a citizen of Albania;
3. You were admitted to the United States at Chicago, IL on or about December 3, 2016 as a B-2 nonimmigrant with authorization to remain in the United States for a temporary period not to exceed June 2, 2017;
4. You were granted an extension of your B-2 nonimmigrant status on June 8, 2018, valid from June 3, 2017 to December 2, 2017;
5. You remained in the United States beyond December 2, 2017 without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
[ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30   [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

477 MICHIGAN AVENUE, SUITE 440
DETROIT, MI 48226
(Complete Address of Immigration Court, including Room Number, if any)

on To Be Set          at To Be Set          to show why you should not be removed from the United States based on the
   (Date)                (Time)

charge(s) set forth above.

Date: 5/7/2020               [signature]    Matthew J. Hunt, Supervisory Immigration Services Officer
                                            (Signature and Title of Issuing Officer)
                             Nebraska Service Center, Lincoln, NE
                                            (City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07)

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the Department of Homeland Security immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act (the Act).

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise DHS by calling the ICE Law Enforcement Support Center toll free at (855)448-6903.

**Request for Prompt Hearing**

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office of Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
(Signature of Respondent)

_____
(Signature and Title of Immigration Officer)

Date: _____

**Certificate of Service**

This Notice To Appear was served on the respondent by me on May 13, 2020, in the following manner and in compliance with section 239(a)(1) of the Act.

[ ] In person   [ ] by certified mail, returned receipt # requested   [x] by regular mail
[ ] Attached is a credible fear worksheet.
[x] Attached is a list of organization and attorneys which provide free legal services.
The alien was provided oral notice in English language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

_Bre Jule_ ISA IOA
(Signature and Title of Officer)

Form I-862 Page 2 (Rev. 08/01/07)

 An official website of the United States government  Here's how you know

**EOIR** | Automated Case Information

**Court Closures Today** March 2, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **TERZIU, LOREDANA (216-803-550)**



# Automated Case Information

**Name: TERZIU, LOREDANA  |  A-Number: 216-803-550  |  Docket Date: 5/20/2020**

## 📅 Next Hearing Information

*There are no future hearings for this case.*

## ⚖️ Court Decision and Motion Information

The immigration judge ordered **DISMISSAL**.

**DECISION DATE**
September 15, 2023

**COURT ADDRESS**
477 MICHIGAN AVENUE, SUITE 440
DETROIT, MI 48226

## 📝 BIA Case Information

No appeal was received for this case.

## 🏛 Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
477 MICHIGAN AVENUE, SUITE 440
DETROIT, MI 48226

**PHONE NUMBER**
(313) 226-2603

| | | | |
|---|---|---|---|
| Archive | Social Media | EOIR Freedom of Information Act (FOIA) | Immigration Court Online Resource |
| Accessibility | Budget & Performance | USA.gov | Contact Technical Support |
| Information Quality | Office of the Inspector General | Contact EOIR | This site is protected by hCaptcha: |
| Privacy Policy | No FEAR Act | EOIR Home | hCaptcha Privacy Policy |
| Legal Policies & Disclaimers | For Employees | Justice.gov | hCaptcha Terms of Service |

Department of Justice | Executive Office for Immigration Review
5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041


