# Exhibit 6

U.S. Department of Homeland Security



**U.S. Citizenship
and Immigration
Services**

We have rejected your benefit request for the reasons indicated
on Form I-797C, Notice of Action.  Your rejected benefit request
will not retain a filing date.  You may resubmit your benefit
request as a new filing if you are able to correct the issue that
caused the rejection.

If you do file the benefit request again, please note the
following:

- Since your submission was rejected, it is not yet considered
  properly filed.
- You must meet all requirements as of the date of the new filing.
- Please review the relevant form instructions to determine if
  your new filing can be considered as timely filed.  If you have
  any questions regarding the rejected filing, please contact
  lockboxsupport@uscis.dhs.gov.

**If you do submit your benefit request again, please enclose this letter with
your submission.**

## <u>Place this letter on top of your new filing package</u>

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Rejection Notice | | | December 05, 2023 |
| CASE TYPE | | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | | A216803550 |
| RECEIPT NUMBER | RECEIVED DATE | DATE OF BIRTH | PAGE |
| IOE0923367136 | November 17, 2023 | October 05, 1990 | 1 of 1 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

LOREDANA TERZIU
C/O BRADLEY MAZE PALMER REY PLLC
29566 NORTHWESTERN HWY STE 200
SOUTHFIELD, MI 48034

This is in reference to the I-485, Application to Register Permanent Residence or Adjust Status, you submitted. Your I-485, fees, and any supporting documentation is being returned to you for the following reason(s):

The payment amount is incorrect, or has not been provided. Please review the Form Instructions for fee information. Please resubmit the application/petition package with the appropriate fees to the address listed on the bottom of this page.

Please be sure to complete the application fully, submit the appropriate fees, and include all required supporting documentation.

If you submitted a G-1450 Authorization for Credit Card Transaction, your submitted G-1450 has been destroyed.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

| USCIS OFFICE ADDRESS | USCIS CONTACT CENTER NUMBER |
|---|---|
| USCIS | (800)375-5283 |
| P. O. Box 4109 | ATTORNEY COPY |
| Carol Stream, IL 60197-4109 |  |

TRN# 4023083743960     BIN# 4901959

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  10/13/21



**PALMER | REY**
IMMIGRATION ATTORNEYS

<u>Via Priority Mail</u>

December 27, 2023

USCIS
ATTN: AOS
P.O. Box 4109
Carol Stream, IL 60197

<u>**RE: I-485 Application for Adjustment of Status based on an approved I-130 Petition**</u>
**Applicant: TERZIU, Loredana, A# 216-803-550**

Dear Sir or Madam
:

**<u>PLEASE NOTE THE FOLLOWING:</u>**

**<u>WE ARE RE-SUBMITTING THIS PACKET BECAUSE IT WAS</u>**
**<u>ERRONEOUSLY REJECTED BY USCIS FOR "FAILURE TO PAY THE</u>**
**<u>PROPER FEE"</u>**

- **MS. TERZIU WAS PREVIOUSLY IN REMOVAL PROCEEDINGS IN DETROIT, MI.**
- **DURING THAT TIME, SHE SUBMITTED A FORM I-485 (RECEIPT NUMBER SRC2204350125) TO THE IMMIGRATION COURT AND A COPY WAS SENT TO THE USCIS NEBRASKA SERVICE CENTER ON NOVEMBER 12, 2021 <u>WITH A CHECK IN THE AMOUNT OF $1,225 MADE PAYABLE TO THE U.S. DEPARTMENT OF HOMELAND SECURITY (RECEIPT NOTICE ATTACHED).</u>**
- **THE ABOVE MENTIONED I-485 APPLICATION (SRC2204350125) HAS NOT YET BEEN ADJUDICATED.**
- **ON SEPTEMBER 15, 2023, THE IMMIGRATION JUDGE DISMISSED MS. TERZIU'S REMOVAL PROCEEDINGS PRIOR TO THE ADJUDICATION OF THE PENDING I-485.**
- **THIS ENVELOPE DOES NOT CONTAIN A NEW I-485 SUBMISSION. INSTEAD, THIS ENVELOPE CONTAINS AN UPDATED, CURRENT EDITION OF THE I-485 APPLICATION TO BE ASSOCIATED WITH THE I-485 RECEIPT NUMBER SRC2204350125.**
- **MS TERZIU DOES NOT NEED TO SUBMIT A FEE WITH THIS I-485 BECAUSE IT WAS ALREADY PAID ON NOVEMBER 12, 2021 (RECEIPT NUMBER SRC2204350125)**

SOUTHFIELD
29566 Northwestern Hwy, Suite 200
Southfield, MI 48034

www.PalmerRey.com
Office: 248.522.9500
Fax: 248.522.9455

ANN ARBOR
455 E. Eisenhower Pkwy, Suite 300
Ann Arbor, MI 48108



Under cover of a properly executed G-28, this office represents Ms. Loredana Terziu, a national and citizen of Albania, who submits an I-485 Application to Register Permanent Residency, based on approved I-130 Petition filed by her USC spouse, Konstantinos-Gus Hristos Papanastasopoulos.

In support of the applications, enclosed please find the following documents:
*Application to Adjust Status (Form I-485)*
1. **I-485 receipt notices and biometrics appointment notice**
2. 2 Passport-style photographs of Applicant
3. **Form G-28,** Notice of Entry of Appearance as Attorney or Representative
4. **Form I-485,** Application to Register Permanent Residency
5. Documents in Support of I-485:
   a. Copy of the Applicant's I-130 approval notice
   b. Order of the Immigration Judge dismissing the Applicant's removal proceedings
   c. Copy of Applicant's birth certificate
   d. Copy of Applicant's passport biographic ID page
   e. Copy of Applicant's U.S. visa
   f. Copy of Applicant's I-539 Approval notice with I-94
   g. Copy of Applicant's online I-94 and travel history
   h. Copy of Applicant's Certified Copy of Marriage Record and Marriage License
   i. Copy of Applicant's spouse's birth certificate
6. **Form I-864,** Affidavit of Support
   a. Form I-864, Affidavit of Support by the Petitioner/Sponsor
   b. Copy of Petitioner's/Sponsor's 1040 Individual Income Tax Return for 2022
   c. Petitioner's employment verification letter
   d. Copy of the Petitioner's recent earnings statements
   e. Copy of Petitioner's U.S. passport and Michigan driver's license
7. Form I-693, Report of Medical Examination and Vaccination Record


Thank you for your consideration of this application. Any further correspondence should be made to this office directly or contact me directly.


Sincerely,

Bradley Maze
Attorney