# Exhibit 8

Para tener acceso a este sitio en español, presione aquí (./es)

# Case Processing Times

ⓘ **Alert**

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

## Select your form, form category, and the office that is processing your case

Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.

**Form ***

[ I-485 | Application to Register Permanent Residence or Adjust Status ▾ ]

**Form Category ***

[ Family-based adjustment applications ▾ ]

**Field Office or Service Center ***

[ Detroit MI ▾ ]

Get processing time

## Processing time for Application to Register Permanent Residence or Adjust Status (I-485) at Detroit MI



**80% of cases are completed within**

**9.5**
Months

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

## ⓘ What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

## ⓘ When can I ask about my case?

Many routine factors affect how quickly a case may be processed. To facilitate resolution of these factors, we only allow questions for certain cases.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

| 11/12/2021 |    **Get Inquiry Date**

You can send us questions about your case by submitting a Service Request online. (https://egov.uscis.gov/e-request/onpt)

Note: If you submitted a VAWA, T, or U filing, you must follow the instructions for asking questions on our Contact Us webpage. (https://www.uscis.gov/about-us/contact-us)

## ↗ Other case processing times resources

Frequently Asked Questions About Processing Times (./processing-times-faqs)

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-