# Exhibit 9

An official website of the United States government    Here's how you know ⌄                                   Español    Multilingual Resources


**U.S. Citizenship and Immigration Services**

MENU

# Outside Normal Processing Time

Do you have a case pending with USCIS that is outside the normal processing time? You can get an idea of how long it will take to process your case on our website Check Processing Times. For most applications, you can send us an inquiry if your case has been pending longer than the processing time posted.

**NOTE:** We are actively processing your case if, in the past 60 days, you:

- Received a notice from us about your case,
- Responded to a request for evidence, OR
- Received an online update to your case status. If your application type is not listed in the processing time table on our website, our goal is to make a decision on your application within 6 months of filing. Please wait six months before submitting an inquiry If you are a petitioner for an H-2A Temporary Agricultural Worker and your Form I-129 has been pending longer than 15 days and you have not received a decision or a Request for Evidence, you may contact USCIS at (1-800) 375-5283 to inquire about your petition.

If you are a DACA renewal applicant please contact USCIS at (1-800) 375-5283 to inquire on a case pending longer than 105 days.

You may be a member of the class action, *Rosario v. USCIS*, Case No. C15-0813JLR, if USCIS does not adjudicate within 30 days your initial (first) Form I-765, *Application for Employment Authorization*, based on your pending asylum application.

Please see the USCIS Rosario webpage for further information about the *Rosario* class action and how to investigate the status of your employment authorization application.

**What you'll need**

- Receipt Number
- A-Number (if applicable)
- Date when filed
- Application or Petition filed
- Email Address

## Case Information

The "Date Filed" and "Form Number" will be automatically populated based on the "Receipt Number" entered.

**Receipt Number** ❓

SRC2204350125

**Date Filed (MM/DD/YYYY)**

11/12/2021

**Form Number**

I485

**Form Sub Type**

I485 - Other

①————②————③
Applicant or Petitioner    Address Information    **Review and Submit**
Information

③ **of 3  Review and Submit**

## Completed By

**This form is being completed by**                    Edit Completed by Information

Legal Representative

**First Name**

Bradley

**Last Name**

Maze

**Firm or Organization**

Palmer Rey PLLC

**Email Address**

brad@palmerrey.com

## Applicant or Petitioner Information

**First Name**                                          Edit Applicant or Petitioner Information

Loredana

**Middle Initial**

**Last Name**

Terziu

**Date of Birth**

10/05/1990

**A-Number**

216803550

☐ No. Member of the U.S. Military, or recently discharged from service, or spouse of a member of the U.S. Military

## Mailing Address

**In Care Of for Mailing**                              Edit Mailing Address

**Street Number and Name**

███████

Apartment/Floor/Suite

Unit Number

City

Saline

State

MI

Zip Code

48176

## Last Action Taken on Case

Edit Last Action Taken on Case

Based on the processing time table, you believe the case to be outside normal processing times.
Please provide details of the last action that you received on your case in the space below

The applicant filed her I-485 on 11/12/2021 while in EOIR removal proceedings. The immigration
judge dismissed her proceedings on 09/15/2023, with the understanding that her file would be
transferred to USCIS for further processing of the I-485. To date, no further instructions have been
received by your office regarding this I-485 and the case is outside of normal processing time.

Back     Submit

View all USCIS Service Online Tools

View E-Request Tools

DHS PRIVACY NOTICE

Paperwork Reduction Act

Return to top

**Topics**

**Citizenship**

**Tools**

**Forms**

**Green Card**

**Newsroom**

**Laws**

U.S. Citizenship
and Immigration
Services

Contact USCIS



USCIS.gov
**An official website of the** U.S. Department of Homeland Security

**National Terrorism Advisory System**

| About USCIS | Privacy and Legal Disclaimers |
|---|---|
| Accessibility | Site Map |
| Budget and Performance | Office of the Inspector General |
| DHS Components | The White House |
| Freedom of Information Act | USA.gov |
| No FEAR Act Data | |

🇺🇸 An official website of the United States government    Here's how you know ⌄    Español    ⊕ Multilingual Resources


**U.S. Citizenship and Immigration Services**

MENU

# Check Case Processing

You can learn how long it will take to process your case on our [Case Processing Times](#) webpage. Many routine factors affect how quickly a case may be processed. To account for these factors, we allow questions only for certain cases.

**NOTE:** We are actively processing your case if, in the past 60 days, you:

- Received a notice from us about your case,
- Responded to a request for evidence, OR
- Received an online update to your case status. If your application type is not listed in the processing time table on our website, our goal is to make a decision on your application within 6 months of filing. Please wait six months before submitting an inquiry If you are a petitioner for an [H-2A Temporary Agricultural Worker](#) and your Form I-129 has been pending longer than 15 days and you have not received a decision or a Request for Evidence, you may contact USCIS at (1-800) 375-5283 to ask about your petition.

If you are a DACA renewal applicant please contact USCIS at (1-800) 375-5283 to ask about a case pending longer than 105 days.

You may be a member of the class action, *Rosario v. USCIS*, Case No. C15-0813JLR, if USCIS does not adjudicate within 30 days your initial (first) Form I-765, *Application for Employment Authorization*, based on your pending asylum application.

Please see the [USCIS Rosario](#) webpage for further information about the *Rosario* class action and how to investigate the status of your employment authorization application.

## What you'll need

- Receipt Number
- A-Number (if applicable)
- Date when filed
- Application or Petition filed
- Email Address

## Case Information

The "Date Filed" and "Form Number" will be automatically populated based on the "Receipt Number" entered.

Receipt Number 

SRC2204350125

Date Filed (MM/DD/YYYY)

11/12/2021

Form Number

I485

Form Sub Type

I485 - Other

**1** —— **2** —— **3**

1. Applicant or Petitioner Information
2. Address Information
3. Review and Submit

**3** of 3  **Review and Submit**

## Completed By

This form is being completed by          Edit Completed by Information

Legal Representative

First Name

Bradley

Last Name

Maze

Firm or Organization

Palmer Rey PLLC

**Legal Representative Email Address**

brad@palmerrey.com

# Applicant or Petitioner Information

**First Name**                    [Edit Applicant or Petitioner Information](#)

Loredana

**Middle Initial**

**Last Name**

Terziu

**Date of Birth**

10/05/1990

**Email Address**

lori.terziu@yahoo.com

**A-Number**

216803550

☐ No. Member of the U.S. Military, or recently discharged from service, or spouse of a member of the U.S. Military

# Mailing Address

**In Care Of for Mailing**                    [Edit Mailing Address](#)

Street Number and Name

███████████████

Apartment/Floor/Suite

Unit Number

City

SALINE

State

MI

Zip Code

48176

## Last Action Taken on Case

Edit Last Action Taken on Case

Based on the processing time table, you believe the case to be taking longer than expected. Please provide details of the last action that you received on your case in the space below.

The applicant filed her I-485 on 11/12/2021 while in EOIR removal proceedings. The immigration judge dismissed her proceedings on 09/15/2023, with the understanding that her file would be transferred to USCIS for further processing of the I-485. To date, no further instructions have been received by your office regarding this I-485 and the case is outside of normal processing time.

From: **USCIS** <USCIS-CaseStatus@dhs.gov>
Date: Thu, Jul 17, 2025 at 9:53 AM
Subject: Your recent inquiry
To: <brad@palmerrey.com>


U.S. Department of Homeland Security
USCIS Customer Support

Washington, DC 20529

U.S. Citizenship and Immigration Services Thursday, July 17, 2025

Dear Loredana Terziu:

On 05/19/2025, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Attorney or Authorized Representative

Case type:
-- I485

Referral ID:
-- SR11392502132RPA

Type of service requested:

The status of this service request is:

Dear Loredana Terziu,

This is a follow up message to your inquiry SRC2204350125, submitted on 11/12/2021, notifying us that your case may be outside normal processing time.

We reviewed your case and the application, petition, or other request you filed is still pending. We have determined that your immigration benefit request has not been pending longer than what is normal for the specific request type. Please be assured we are handling your request with the care and dedication it deserves. Once we take action on your application, petition, or other request, we will send a notice to your address on record.

Please log in or create a USCIS online account so you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account is available at myaccount.uscis.gov/create-account.

We appreciate your continued patience.

---------- Forwarded message ----------
From: <USCIS-CaseStatus@dhs.gov>
Date: Mon, May 19, 2025 at 1:28 PM
Subject: USCIS Service Request Confirmation
To: <brad@palmerrey.com>

**\*\*\* DO NOT RESPOND TO THIS EMAIL \*\*\***

Date: May 19, 2025

Dear Loredana Terziu,

Thank you for your inquiry, submitted on May 19, 2025, notifying us that your case may be outside normal processing times. We have received your request and assigned it an Inquiry ID (SR11392502132RPA) that we will use for referencing any subsequent messages. USCIS may require at least 60 days to process your request.

USCIS makes every effort to process cases within the projected timeframes listed on the Case Processing Times webpage. If you have not already created a USCIS online account, we encourage you to, so that you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account can be found on my.uscis.gov.

Thanks once again for contacting USCIS.

Please do not reply directly to this message. This email account is used by USCIS only to send messages notifying applicants and petitioners that we have received their inquiry.

------------------

We offer many online services and tools to help you find the information you need, including:

Check your current case status
Ask about your case
Schedule an appointment
Ask our virtual assistant Emma
Address Changes: If you move, please visit our website for information on how to update your address.

We encourage you to use the online self-service tools within your USCIS online account. You can track the status of your case, update your address, reschedule a biometrics appointment, and for many account holders respond to Requests for Evidence and more using an online account.

If you try our online tools including the technical Help Form and require additional support, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired), for assistance.



U.S. Citizenship and Immigration Services

National Customer Service Center
1-800-375-5283

TDD for the Hearing Impaired
1-800-767-1833

 An official website of the United States government    Here's how you know ⌄    Español   ⊕ Multilingual Resources

 U.S. Citizenship and Immigration Services

MENU

# Check Case Processing

You can learn how long it will take to process your case on our Case Processing Times webpage. Many routine factors affect how quickly a case may be processed. To account for these factors, we allow questions only for certain cases.

**NOTE:** We are actively processing your case if, in the past 60 days, you:

- Received a notice from us about your case,
- Responded to a request for evidence, OR
- Received an online update to your case status. If your application type is not listed in the processing time table on our website, our goal is to make a decision on your application within 6 months of filing. Please wait six months before submitting an inquiry If you are a petitioner for an H-2A Temporary Agricultural Worker and your Form I-129 has been pending longer than 15 days and you have not received a decision or a Request for Evidence, you may contact USCIS at (1-800) 375-5283 to ask about your petition.

If you are a DACA renewal applicant please contact USCIS at (1-800) 375-5283 to ask about a case pending longer than 105 days.

You may be a member of the class action, *Rosario v. USCIS*, Case No. C15-0813JLR, if USCIS does not adjudicate within 30 days your initial (first) Form I-765, *Application for Employment Authorization*, based on your pending asylum application.

Please see the USCIS Rosario webpage for further information about the *Rosario* class action and how to investigate the status of your employment authorization application.

## What you'll need

- Receipt Number
- A-Number (if applicable)
- Date when filed
- Application or Petition filed
- Email Address

## Case Information

The "Date Filed" and "Form Number" will be automatically populated based on the "Receipt Number" entered.

Receipt Number 

SRC2204350125

Date Filed (MM/DD/YYYY)

11/12/2021

Form Number

I485

Form Sub Type

I485 - Other

**1** Applicant or Petitioner Information — **2** Address Information — **3** Review and Submit

### 3 of 3  **Review and Submit**

## Completed By

| | |
|---|---|
| This form is being completed by | [Edit Completed by Information](#) |
| Legal Representative | |

First Name

Bradley

Last Name

Maze

Firm or Organization

Palmer Rey PLLC

**Legal Representative Email Address**

brad@palmerrey.com

# Applicant or Petitioner Information

**First Name**                    Edit Applicant or Petitioner Information

Loredana

**Middle Initial**

**Last Name**

Terziu

**Date of Birth**

10/05/1990

**Email Address**

lori.terziu@yahoo.com

**A-Number**

216803550

☐ No. Member of the U.S. Military, or recently discharged from service, or spouse of a member of the U.S. Military

# Mailing Address

**In Care Of for Mailing**                    Edit Mailing Address

Street Number and Name

██████████████████

Apartment/Floor/Suite

Unit Number

City

SALINE

State

MI

Zip Code

48176

# Last Action Taken on Case

[Edit Last Action Taken on Case](#)

Based on the processing time table, you believe the case to be taking longer than expected. Please provide details of the last action that you received on your case in the space below.

The applicant filed her I-485 on 11/12/2021 while in EOIR removal proceedings. The immigration judge dismissed her proceedings on 09/15/2023, with the understanding that her file would be transferred to USCIS for further processing of the I-485. To date, no further instructions have been received by your office regarding this I-485 and the case is outside of normal processing time.

Back   Submit

View all USCIS Service Online Tools

View E-Request Tools

DHS PRIVACY NOTICE

Paperwork Reduction Act

Return to top

| Topics | Forms | Newsroom |
|---|---|---|
| Citizenship | Green Card | Laws |
| Tools | | |



     

Contact USCIS



USCIS.gov
**An official website of the** U.S. Department of Homeland Security

National Terrorism Advisory System

About USCIS

Accessibility

Budget and Performance

DHS Components

Freedom of Information Act

No FEAR Act Data

Privacy and Legal Disclaimers

Site Map

Office of the Inspector General

The White House

USA.gov

Person who contacted us:
-- Maze, Bradley

Caller indicated they are:
-- Attorney or Authorized Representative

Attorney Name:
-- MAZE, BRADLEY

Case type:
-- I485

Filing date:
-- 11/12/2021

Receipt #:
-- SRC-22-043-50125

Referral ID:
SR10592400682DET
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 216803550

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have found.

Your case is under active review by an immigration officer. You should be receiving a decision or notice of further action at the address of record shortly. If you have not received a decision or notice of further action within 60-days of this response, please feel free to submit a new inquiry by calling the USCIS Contact Center.

If your receipt number begins with IOE, please consider activating your USCIS online account at myaccount.uscis.gov. You can use your account to get your current case status and to access every notice we send you. You can also send messages and receive answers through a secure inbox.

Address Changes:  If you move, please provide us with an updated address. For more information about address changes, please visit our website at uscis.gov/addresschange, and click on "How to Change Your Address." To ensure that all mail is delivered as addressed, please also ensure that you are registered with the U.S. Postal Service (USPS) to receive mail at the address of record you have provided to USCIS.