# Exhibit 10

 

An official website of the United States government  Here's how you know    Español   ⊕ Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Check Case Status

Use this tool to track the status of an immigration application, petition, or request.

The receipt number is a unique 13-character identifier that consists of three letters and 10 numbers. Omit dashes ("-") when entering a receipt number. However, you can include all other characters, including asterisks ("*"), if they are listed on your notice as part of the receipt number. **When a receipt number is entered, the "Check Status" button will be enabled and you can check the status.**

Enter a Receipt Number

| SRC2204350125 |

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                      PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address

We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and

 An official website of the United States government   Here's how you know   Español   Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Received

**On November 12, 2021,** we received your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number SRC2204350125, and sent you the receipt notice that describes how we will process your case. Please follow the instructions in the notice. If you have any questions, visit the USCIS Contact Center webpage at www.uscis.gov/contactcenter. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                              PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address

We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and