AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| Loredana TERZIU | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:26-cv-10719 |
| US ICE, Detroit Field Office, Director of, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Loredana TERZIU.

Date:  03/03/2026

/s/ Glenn Eric Sproull
*Attorney's signature*

Glenn Eric Sproull (IL 6276310)
*Printed name and bar number*

Palmer Rey PLLC
29566 Northwestern Hwy., ste 200
Southfield, MI 48034
*Address*

eric@palmerrey.com
*E-mail address*

(248) 522-9500
*Telephone number*

(248) 522-9455
*FAX number*