United States District Court
Eastern District of Michigan

Loredana Terziu,

    Plaintiff,

v.

Michael J. Klinger, Director,
Detroit Field Office, U.S.
Citizenship and Immigration Services,
and

Loren K. Miller, Director,
Nebraska Service Center, U.S.
Citizenship and Immigration Services,
and

Joseph B. Edlow
Director, U.S. Citizenship and
Immigration Services,

    Defendants.

Civil No. 26-10719

Honorable Linda V. Parker
Mag. Judge Kimberly G. Altman

## Appearance

Notice is given that Michael El-Zein, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of all defendants in the above-captioned case.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/Michael El-Zein
Michael El-Zein
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9770
michael.el-zein@usdoj.gov
P79182

Date:  March 16, 2026

## Certificate of Service

I hereby certify that on March 16, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

s/ Michael El-Zein
Michael El-Zein
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9770
michael.el-zein@usdoj.gov
P79182
