# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **Loredana TERZIU,** | |
| *Plaintiff*, | **Case No.     2:26-cv-10719** |
| v. | |
| United States Citizenship and Immigration Services, | Hon. Judge Linda V. Parker |
| Detroit Field Office, Director of et al., | Mag. Judge Kimberly G. Altman |
| *Defendants*. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Loredana TERZIU, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants.

Respectfully submitted this 16th day of April, 2026.

/s/ *Glenn Eric Sproull*
GLENN ERIC SPROULL (IL 6276310)
Palmer Rey PLLC
29566 Northwestern Hwy, Suite 200
Southfield, MI 48034
(248) 522-9500
eric@palmerrey.com
***Attorney for Plaintiff***

## Certificate of Service

I certify that on April 16, 2026, I electronically filed the foregoing *NOTICE OF VOLUNTARY DISMISSAL* with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted this 16th day of April.

/s/ GLENN ERIC SPROULL
GLENN ERIC SPROULL (IL 6276310)
Palmer Rey PLLC
29566 Northwestern Hwy, Suite 200
Southfield, MI 48034
(248) 522-9500
eric@palmerrey.com
**Counsel for Petitioner**

2