**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**


LOREDANA TERZIU,

      Plaintiff(s),

  V.                                CASE NO. 26-10719
                                      HON. LINDA V. PARKER

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
DETROIT FIELD OFFICE, DIRECTOR,

      Defendant(s).
_____/

### **ORDER OF DISMISSAL**

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 6] on April 16, 2026; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

          s/Linda V. Parker
          Linda V. Parker
          United States District Judge

Dated:  April 17, 2026

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 17, 2026, by electronic and/or ordinary mail.

          s/A. Flanigan
          Case Manager